UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

MICHAEL J. CUZZO,                                 Civil No. 10-1748 (JRT/RLE)

                     Plaintiffs,

v.                                                 **ORDER OF DISMISSAL**

L & I, INC., AND VACATION
CLOTHING EXCHANGE, INC.,

                     Defendants.
_____

Andrew Pierce, Robert Falsani, and Stephanie Balmer, **FALSANI BALMER PETERSON QUINN & BEYER**, 306 West Superior Street, Suite 1200, Duluth, MN 55802, for plaintiff.

John Kelly, **HANFT FRIDE PA,** 130 West Superior Street, Suite 1000, Duluth, MN 55802, for Defendant L & I, Inc.

Lee Hutton, III and Reid Lindquist, **LOMMEN, ABDO, COLE, KING & STAGEBERG, PA**, 80 South Eight Street, Suite 2000, Minneapolis, MN 55402, for Defendant Vacation Clothing Exchange, Inc.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: June 17, 2010
at Minneapolis, Minnesota.                                _s/ John R. Tunheim_
                                                                           JOHN R. TUNHEIM
                                                                     United States District Judge