UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MICHAEL J. CUZZO,                               Civil No. 10-1748 (JRT/RLE)

                               Plaintiff,

v.
                                         **ORDER**

L & I, INC. AND VACATION
CLOTHING EXCHANGE, INC.,

                               Defendants.

_____

Andrew Pierce, Robert Falsani, and Stephanie Balmer, **FALSANI BALMER PETERSON QUINN & BEYER**, 306 West Superior Street, Suite 1200, Duluth, MN 55802, for plaintiff.

John Kelly, **HANFT FRIDE PA,** 130 West Superior Street, Suite 1000, Duluth, MN 55802, for Defendant L & I, Inc.

Lee Hutton, III and Reid Lindquist, **LOMMEN, ABDO, COLE, KING & STAGEBERG, PA**, 80 South Eight Street, Suite 2000, Minneapolis, MN 55402, for Defendant Vacation Clothing Exchange, Inc.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 16, 2010 [Docket No. 13].

**IT IS HEREBY ORDERED** that the above matter is DISMISSED, as to any further proceedings, WITH PREJUDICE, without costs to any party.

DATED: July 26, 2010
at Minneapolis, Minnesota.                                              s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                            United States District Judge